UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEI CHEN et al., | CASE NO. 3:24-cv-05978-DGE |
| Plaintiff, | ORDER |
| v. | |
| ACCESS THE USA LLC et al., | |
| Defendant. | |

This matter is before the Court on its own review of the record. On May 23, 2025, the Court issued an order denying Plaintiffs' Renewed Motion for Default Judgment. (Dkt. No. 27.) The Court denied Plaintiffs' motion because they failed to establish the Court had personal jurisdiction over the Defendants and, separately, because the complaint did not allege sufficient facts supporting default judgment. (*Id.*) The Court granted Plaintiffs leave to amend their complaint. (*Id.*) On June 5, 2025, Plaintiffs filed their second amended complaint in accordance with this Court's deadline. (Dkt. No. 28.)

ORDER - 1

The Court orders Plaintiffs to renew their motion for default judgment. Plaintiffs' motion for default judgment should address whether the Court has personal jurisdiction over Defendants, including whether their second amended complaint (Dkt. No. 28) warrants re-service of process. Plaintiffs' motion shall also address the *Eitel* factors set out by the Ninth Circuit, including why the factual allegations in the second amended complaint support all elements of the claims asserted. *See Eitel v. McCool*, 782 F.2d 1470, 1471–1472 (9th Cir. 1986).

Plaintiffs shall file their second renewed motion for default judgment no later than **July 10, 2025**. Failure to do so will result in the dismissal of this matter.

The Clerk of the Court is directed to calendar this event.

Dated this 10th day of June, 2025.

David G. Estudillo
United States District Judge

ORDER - 2